UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 3:22-CR-171 (SVN) |
| v. : | |
| : | |
| ALEXANDER KOLITSAS : | |

PRELIMINARY ORDER OF FORFEITURE

The Defendant, Alexander Kolitsas, having pleaded guilty to Count One of the Superseding Indictment, charging a violation of 18 U.S.C. §§ 371 and 2314, and Count Five of the Superseding Indictment, charging a violation of 18 U.S.C. § 1956(a)(1)(A)(i).

Accordingly, it hereby:

ORDERED, ADJUDGED AND DECREED that, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), all right, title, and interest that the Defendant Alexander Kolitsas may have in the following: (1) Approximately $47,007.00 in United States currency; (2) $91,581.76 in TD Bank account ending in 4291, held in the name of Downpipe Depot & Recycling LLC; (3) $20,100.00 in United States currency; (4) $8,020.00 in United States currency; (5) 2016 Polaris Slingshot SL bearing VIN 57XAAPFA3G7117901 and (6) 2020 Ford Transit Van bearing VIN 1FTBR2C83LKA04385, is hereby condemned and forfeited to the United States of America.

IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), the Attorney General of the United States or his authorized designee shall seize said property and conduct any discovery proper in identifying, locating, or disposing of the property subject to forfeiture, and to commence proceedings that comply with any statues governing third-party rights.

IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of the forfeiture in a manner consistent with the provisions of Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which may include publication on the Government's forfeiture website on the internet (http://www.forfeiture.gov).  The United States shall also, to the extent practicable, provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the property in the ancillary proceeding.  The foregoing publication and written notice shall include notice of the government's intent to dispose of the property in accordance with the law, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the Judgment.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(c)(2), upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture.

SO ORDERED this 20th day of April, 2025 at Hartford, Connecticut.

Sarala V. Nagala
Digitally signed by Sarala V. Nagala
Date: 2025.04.20 15:48:04 -04'00'

HON. SARALA V. NAGALA
UNITED STATES DISTRICT JUDGE